# EXHIBIT 3

Website Report
and Terms of Use

# WAVE
web accessibility evaluation tool

powered by
**WebAIM**

The following apply to the entire page:



 

Styles:  OFF ⬤ ON

## Summary

Summary    Details    Reference    Order    Structure    Contrast

**60**
Errors

**21**
Contrast Errors

**115**
Alerts

**23**
Features

**204**
Structural Elements

**432**
ARIA

☰ **View details ›**

  



♡ 0  

Ex  *aria-label="Search"*

🔍 



Tt Instagram     Tt Facebook    Tt Vegas

Showroom    Tt HighPoint Showroom 





ORTEGA
COLLECTION

Graceful
Curves and
Angles

COASTER



×  *aria-label="Close"*

...he storing of cookies on your device to enhance site

...n our marketing efforts. **More Information**

**Refuse**

Loading...

*role="dialog", aria-modal="true"*    *aria-labelledby="disclaimerModalLabel"*



*product*

*product*

*product*

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...









By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...  **Best Sellers**

 `*role="dialog", aria-modal="true"*` `*aria-labelledby="disclaimerModalLabel"*`

**ACCENT CHAIRS**  `*ARIA-SELECTED="TRUE", ROLE="TAB"*`

**SOFAS** `*ARIA-SELECTED="FALSE", ROLE="TAB"*` `*TABINDEX=-1*`

**DINING TABLES** `*ARIA-SELECTED="FALSE", ROLE="TAB"*` `*TABINDEX=-1*`

**UPHOLSTERED BEDS** `*ARIA-SELECTED="FALSE", ROLE="TAB"*` `*TABINDEX=-1*`

`*role="tablist"*`

                        

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. [More Information](More Information)

Loading...

 *role="dialog", aria-modal="true"*  *aria-labelledby="disclaimerModalLabel"*

  *not found*



###### Dave Swivel Accent Chair

 

 

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information




Loading...


ER COMPANY OF AMERICA

### An industry-leading importer and distributor of furniture. Become a dealer today!

LEARN MORE








By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information



Loading...





  **Craftsmanship**

 Superior design, quality materials, progressive technology, and traditional craftsmanship. We source our products through various countries where we find the best wood species, suitable for the end vision we want to captivate.

 **Solid Wood Construction**

 Durable and long lasting

     

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

 

Loading...





 

 

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...

**READ MORE**

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...

`aria` `*role="dialog", aria-modal="true"*`  `*aria-labelledby="disclaimerModalLabel"*`

### h3 Inspired by creativity from diverse cultures around the world, we've curated a wide variety of furniture styles to touch the lives of those who are looking to live well.

Coaster Furniture Branding Vide...



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information



Loading...



🏪 **Where To Buy**


### DISCOVER COASTER



 About Us

 News


### FOR DEALERS



 Events

 Support

 

 

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information





Loading...

 Contact Us

 Warranty

 Return Policy

 FAQ

 Copyright © 2025 Coaster Fine Furniture. All Rights Reserved

Prop 65        Privacy Policy        Terms Of Use

 Version 4.4.1

 

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information


web accessibility evaluation tool

powered by
**WebAIM**

The following apply to the entire page:




Styles:  OFF    ON

## Summary

Summary    Details    Reference    Order    Structure    Contrast

**60**
Errors

**21**
Contrast Errors

**115**
Alerts

**23**
Features

**204**
Structural Elements

**432**
ARIA



☰ View details ›









he storing of cookies on your device to enhance site

n our marketing efforts. More Information

**Refuse**

Loading...

*role="dialog", aria-modal="true"*    *aria-labelledby="disclaimerModalLabel"*





*product*

*product*



*product*

h6



h5    h—



By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...



 

 

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

 Loading... Best Sellers



**ACCENT CHAIRS**  *ARIA-SELECTED="TRUE", ROLE="TAB"*

**SOFAS** *ARIA-SELECTED="FALSE", ROLE="TAB"* *TABINDEX=-1*

**DINING TABLES** *ARIA-SELECTED="FALSE", ROLE="TAB"* *TABINDEX=-1*

**UPHOLSTERED BEDS** *ARIA-SELECTED="FALSE", ROLE="TAB"* *TABINDEX=-1*

*role="tablist"*

 

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...







 

 

###### Dave Swivel Accent Chair

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...

ER COMPANY OF AMERICA

### An industry-leading importer and distributor of furniture. Become a dealer today!

LEARN MORE

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

 

Loading...



  **Craftsmanship**

 Superior design, quality materials, progressive technology, and traditional craftsmanship. We source our products through various countries where we find the best wood species, suitable for the end vision we want to captivate.

 **Solid Wood Construction**

 Durable and long lasting

            

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

 

Loading...





 

 

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

aria *role="dialog", aria-modal="true"* *aria-labelledby="disclaimerModalLabel"*

Loading...

**READ MORE**

h5 h─


By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...

 *role="dialog", aria-modal="true"* *aria-labelledby="disclaimerModalLabel"*

###  Inspired by creativity from diverse cultures around the world, we've curated a wide variety of furniture styles to touch the lives of those who are looking to live well.

Coaster Furniture Branding Vide...

 

 

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information

Loading...





 **Where To Buy**

## DISCOVER COASTER

About Us

News

## FOR DEALERS

Events

Support

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information



Loading...

 Contact Us

 Warranty

 Return Policy

 FAQ

Copyright
© 2025
Coaster
Fine
Furniture.
All Rights
Reserved

Prop
65

Privacy
Policy

Terms
Of
Use

Version 4.4.1

       

 By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. More Information



**WAVE**
web accessibility evaluation tool

powered by
**WebAIM**

Styles:  OFF  ⬤  ON

## Details

Summary    Details    Reference    Order    Structure    Contrast

☑ ❌ **57 Errors**

☑ 25 X Linked image missing alternative text

☑ 2 X Missing form label

☑ 3 X Empty button

☑ 27 X Empty link

☑ ⭕🔴 **63 Contrast Errors**

63 X Very low contrast





Loading...



*Add *

**Size**
California King, Eastern King, Queen

**Number Of Pieces**
4, 5

SKU: 204190Q-S5

**Size**
California King, Eastern King, Queen

**Number Of Pieces**
4, 5

SKU: 204191Q-S5



*product*

*tabindex=0*

*product*

*tabindex=0*

*no*no*no*no*no*no*no*

fourfourfourfourfourfou

bindex=-1*    *tal*



### Carlton

## Bedroom Set

| Size | California King, Eastern King, Full, Queen, Twin |
|---|---|
| Number Of Pieces | 4, 5 |

SKU: 202091Q-S5

### Miranda

## Bedroom Set A

| Color Options | | |
|---|---|---|
| | ○ | *Add * |
| | ● | *Add * |

| Size | California King, Eastern King, Full, Queen, Twin |
|---|---|
| Number Of Pieces | 4, 5 |

SKU: 205111Q-S5

Loading...

*product*

*tabindex=0*

*product*

*tabindex=0*

*no* *no* *no* *no* *no* *no* *n

four four four four four four fou

bindex=-1*    *tal *tab *ta

×    × ×

###### h6 Jeremaine

## Bedroom Set






**Size**    California King, Eastern King, Queen


**Number Of Pieces**    4, 5

*no* *no* *no* *no* *no* *no* n

four four four four four fou

bindex=-1*    *tab *tab *ta

×    × ×

###### h6 Briana

## Bedroom Set (Storage Bed)






**Size**    California King, Eastern King, Queen

4, 5



Loading...0345Q-S5

Of Pieces



SKU: 202701Q-S5





Loading...

**Color Options**

*Add*

*Add*

**Size**  Eastern King, Queen

**Number Of Pieces**  4, 5

SKU: 200711Q-S5



**Size**  California King, Eastern King, Queen

**Number Of Pieces**  4, 5

SKU: 200719Q-S4

*product*

*tabindex=0*

*product*

*tabindex=0*



*product*

*tabindex=0*

*product*

*tabindex=0*

Loading...

*no**no**no**no**no**no**no
*four*four*four*four*four*four

bindex=-1*    *tab**tab**ta

×

### Sandy

## Beach Bedroom Set

Color Options

○ ● ⚠
*Add *

○ ○ ⚠
*Add *

Size — California King, Eastern King, Queen

Number Of Pieces — 4, 5

SKU: 201301Q-S5



---

### Sandy

## Beach Bedroom Set (Storage Bed)

Color Options

● ⚠
*Add *

○ ⚠
*Add *

Size — Eastern King, Queen

Number Of Pieces — 4, 5

SKU: 201309Q-S5




Loading...



*product*

*tabindex=0*

*product*

*tabindex=0*

*no* *no* *no* *no* *no* *no*

*four* *four* *four* *four* *four* *four* *fou*

*bindex=-1*    *tab* *tab* *ta*

### Franco Bedroom Set

### Robyn Bedroom Set

**Size**   Eastern King, Queen

**Color Options**

*Add*

*Add*



Loading...

**Number Of Pieces**    4, 5

SKU: 205331Q-S5

Size    California King, Eastern King, Full, Queen, Twin

**Number Of Pieces**    4, 5

SKU: 205131Q-S5



Loading

 Watson

## Bedroom Set





 **Size**  California King, Eastern King, Full, Queen, Twin

 **Number Of Pieces**  4, 5

SKU: 212421Q-S5

 

 Dorian

## Bedroom Set





 **Size**  California King, Eastern King, Full, Queen, Twin

 **Number Of Pieces**  4, 5

SKU: 300762Q-S5

 




*product*


*tabindex=0*


*product*




*tabindex=0*




*product*


*tabindex=0*


*product*




*tabindex=0*





###### Gunnison

**Bedroom Set**

| | |
|---|---|
| **Size** | California King, Eastern King, Queen |
| **Number Of Pieces** | 4, 5 |

SKU: 223211Q-S5

###### Winslow

**Bedroom Set**

| | |
|---|---|
| **Size** | California King, Eastern King, Queen |
| **Number Of Pieces** | 4, 5 |

SKU: 223250Q-S5



Loading...



*product*

*tabindex=0*

*product*

*tabindex=0*

*no**no**no**no**no*

*four**four**four**four**four**four*

bindex=-1*                    *tab**tab**ta

Winslow Bedroom Set (Storage Bed)

Franco Bedroom Set (Storage Bed)

Size — Eastern King, Queen

Size — Eastern King, Queen

Number Of — 4, 5

· Of — 4, 5

Loading...

Pieces

SKU: 223250SQ-S5

Pieces

SKU: 205330Q-S5



*product*

*tabindex=0*

*product*

*tabindex=0*



*no* *no* *no*

*four* *four* *four*

bindex=-1*    *tab* *tab*

Barzini Bedroom Set

Brantford Bedroom Set



Loading...

**Size** — California King, Eastern King, Queen

**Number Of Pieces** — 4, 5

SKU: 205891Q-S4

**Color Options**

*Add *

*Add *

**Size** — Eastern King, Queen

**Number Of Pieces** — 4, 5

SKU: 207041Q-S5

Reset Filters

## h5 Categories

Bedroom Sets (727)

## h5 Main Material

Loading...

Engineered Wood (86)

Rattan (12)

Upholstered (68)

Wood (406)

## Color

| 1 | 2 | 3 | 4 |

**Where To Buy**

Loading...

 ###### DISCOVER COASTER



 About Us

 News

 ###### FOR DEALERS

 Events

 Support

 Becoming a Dealer

 ###### CONSUMER SUPPORT

 Contact Us

 Warranty

 Return Policy

Loading FAQ

---

 Copyright © 2025 Coaster Fine Furniture. All Rights Reserved

Prop 65    Privacy Policy    Terms Of Use

 Version 4.4.1




Explore Coaster... 

# Terms of Use

Your use of this website on which these terms reside ("Website"), and the features at this Website are subject to these Terms of Use (this "Agreement"), which is a legally binding agreement between you and COA, Inc. dba Coaster Company of America ("Coaster"). Please read this Agreement carefully before using this Website. If you do not agree to the terms contained herein, then you may not use the Website. Your continued use of the Website is your acknowledgement that you have the legal authority to bind yourself or any party you represent to, and your acceptance of, this Agreement. This includes, but is not limited to, damage and remedy exclusions and limitations, conducting a transaction electronically and accepting the disclaimer of warranties, binding arbitration, and a choice of California law. You acknowledge that you have read and agree to be bound by this Agreement and to comply with all applicable laws, regulations, and/or rules with regard to your use of the Website.

Periodically Coaster may update this Website and this Agreement. Your use of this Website after Coaster posts changes to this Agreement constitutes your agreement to those changes effective immediately from the date of such changes. Coaster may, in its sole discretion, and at any time, discontinue any part of this Website, with or without notice, or may prevent your use of this Website without notice to you. You agree that you do not have any rights in this Website and Coaster will have no liability to you if this Website is discontinued or your ability to access the Website is terminated.

YOU MAY NOT USE THE WEBSITE FOR ANY UNLAWFUL PURPOSE OR ANY USE THAT IS PROHIBITED BY THE TERMS OF THIS AGREEMENT. YOUR ACCESS TO THE WEBSITE MAY BE TERMINATED IMMEDIATELY IN COASTER'S SOLE DISCRETION, WITH OR WITHOUT NOTICE, IF YOU FAIL TO COMPLY WITH ANY PROVISION OF THIS AGREEMENT AND/OR ADDITIONAL TERMS, OR FOR ANY OTHER REASON, OR FOR NO REASON.







0

🛒 **Where To Buy**

## DISCOVER COASTER

About Us

News

## FOR DEALERS

Events

Support

Becoming a Dealer

## CONSUMER SUPPORT

Contact Us

Warranty

Return Policy

FAQ



