UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
BRITTANY CORDOBA, *on behalf of herself and all* :
*others similarly situated*, :
: 25-CV-6483 (JMF) (JW)
Plaintiff, :
: <u>ORDER OF REFERENCE</u>
-v- : <u>TO A MAGISTRATE</u>
: <u>JUDGE</u>
COA, INC., :
:
Defendant. :
:
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: August 18, 2025
New York, New York                              _____
                                                JESSE M. FURMAN
                                                United States District Judge